AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

WILLIAM LYLE DUNN,

      Petitioner,      JUDGMENT IN A CIVIL CASE
  V.

                                     CASE NUMBER: **3:08-CV-00574-RCJ-VPC**

JACK PALMER, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**. **IT IS FURTHER ORDERED** that Petitioner is **DENIED A CERTIFICATE OF APPEALABILITY**.

  October 29, 2009                                                  **LANCE S. WILSON**
                                                                                                    Clerk

                                                                                                           /s/ D. R. Morgan
                                                                                                              Deputy Clerk